IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| DOUMBIA BANNY, ) | |
| a/k/a BANNY DOUMBIA, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 04-RBP-RRA-2542-M |
| ) | |
| TOM RIDGE, et al, ) | |
| ) | |
| Respondent(s). ) | |

## **MEMORANDUM OPINION**

The court has considered the Magistrate Judge's Report and Recommendation and has reached the conclusion that the Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, this petition for writ of habeas corpus is due to be dismissed as moot. An appropriate order will be entered.

DONE, this 28th day of February, 2005.

*[signature]*
**ROBERT B. PROPST**
**SENIOR UNITED STATES DISTRICT JUDGE**